RECEIVED

JUL 31 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

DEBORAH S. HUNT, Clerk

**Colson, Antonio**

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:    PRISONER # **A723-076**

vs.

**Ohio Department of Rehabilitation and Correction (ODRC)**

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

1:20-cv-595

Judge Cole
Magistrate Judge Bowman

**COMPLAINT**

I.   PARTIES TO THE ACTION:

PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

**Antonio Colson**
NAME - FULL NAME PLEASE - PRINT

**Lebanon Correctional Inst.**
**P.O. Box 56, Lebanon, Ohio 45036**
ADDRESS: STREET, CITY, STATE AND ZIP CODE

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

       PLAINTIFFS:

       _____

       _____

       _____

       DEFENDANTS:

       _____

       _____

       _____

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

       _____

    3. DOCKET NUMBER

       _____

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

       _____

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

       _____

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

       _____

    7. APPROXIMATE DATE OF THE DISPOSITION

       _____

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

Informal Complaint, Grievance, And Appeal

2. WHAT WAS THE RESULT?

Refused to Render Pain Medications And Spinal injections All So Has failed To Relieve Pain issues From Stryker Recalled Hip Implant Causing Right leg to deteriorate From Metal Rod implanted in Right Hip.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (✓) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

Contacted Medical Case Manager Unit Manager

2. WHAT WAS THE RESULT?

Minor Medical Care no Relief From Pain no Solution to My Pain issues And Health issue Caused By Refusing to Treat Me

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Ohio Department of Rehabilitation And Corrections
NAMES - FULL NAME PLEASE

ADDRESS - STREET, CITY, STATE AND ZIP CODE
2. 4545 Fisher Road, Suite D
Columbus Ohio 43228

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Mr. Colson Presented His Complaints of Serious Medical issues LOCI Communications Grievance Report # LOCI10118000386 is Attached as evidence of exhausted administrative Remedies that were Available. My Medical injuries were Significant Physical Damages Caused By lack of Medical Treatment Has Caused Pain And Suffering And Has Practically Been Known By O.D.R.C. FMC, LOCI, LECI which Are Associated threw ODRC. Medical Computer System Have Been Made Aware of My issues in this Complaint And Agree that My issues Are Significant But Have All Failed to Render Proper Medical Relief. i am Deformed Suffering From Strykel a Bad implant in a Case of Cerebral Palsy, JRA. Arthritis, Damaged Hip i Have HyperParathyroidism Causing High Calcium in My Blood which Surgery is the Most Common Treatment For Primary Hyperparathyroidism in which Causes Abdominal Pain Bone And Joint Pain these Are All Factors of My Relief From Pain Should Be Rendered i Suffered from level 10 Pain Deformedities. Back Mobility Caused From Hip implant which Has Been Recalled And the extreme Pain And Bad Judgement By O.D.R.C. to know My issues is Cruel Punishment And is Unnecessary to Keep denying Medical Treatment

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

LECI Complaint # LECI.0620002402
I Have Followed the Grievance Procedure Here addressed My issues And Still no Relief Avaible for Pain, explained My problems And its logged in My Medical Files to Review this Situation should Have the Utmost Attention And Consideration But Again Medical issues And Pain And Suffering Are ignored ~~others and~~ I Have Produce evidence of Physical injury And emotional injury Caused By Pain Being Ignored I would like the Court to Take Action Award Compensation For Damages Caused By O.D.R.C negligences (1) $1 Million Cash (2) Medical Prison Transfer (3) Immediate Release For Surgery (4) Order ODRC to Pay For Surgery And damages caused By here Actions to Refuse Medical Treatment allowing Pain And injuries to Continue. My Right Hip implant Has Been Recalled its Bone to Bone Cause a Great Deal of Pain My Right Knee is Deteriorated Causing Right leg to Be Shorter ODRC Has Failed to Control or Maintain Pain Caused By Refusing Medical Treatment

SIGNED THIS __7__ DAY OF __27__ 20 __20__

*[signature]*
SIGNATURE OF PLAINTIFF

-6-

| Ref# LOCI0118000386 | | Date Created: 01/25/2018 |
|---|---|---|
| ID#: A723076 | Name: COLSON, ANTONIO | |
| Form: Grievance | Subject: Health Care | Description: Health Care |
| Urgent: No | Time left: n/a | Status: Closed |

Original Form
*1/25/2018 8:56:36 AM : (a723076) Wrote*
ON JANUARY 16, 2018. I ANTONIO COLSON #723076 WAS SEEN BY THE INSTITUTION HEALTH CARE PHYSICIAN MS. BOTTOFF. I AM SUFFERING FROM A BAD HIP IMPLANT CALLED (STRYKEL) AND A DEFORMED RIGHT ARM CEREBRAL PALSY, ALSO I HAVE JRA ARTHRITIS WHICH CAUSES DAMAGE TO MY JOINTS THROUGHOUT MY BODY. I SIGNED A MEDICAL RELEASE FORM AND WENT THROUGH THE INSTITUION PROTOCOLS WITH THE EXPECTATIONS OF GETTING SOME MEDICAL RELIEF WITH RESPECT TO MY SEROIUS MEDICAL PROBLEMS. I STAYED COMPLAINING ABOUT MY PAIN AND CONDITIONS FOR THE LAST 2 YEARS. I HAVE CONSTANTLY BEEN GIVEN THE RUN AROUND TO NO END CONCERNING MY MEDICAL PROBLEMS AND CONDITIONS. I WOULD TRULY APPRECIATE YOUR HELP IN THIS MATTER, BUT THE PAIN I SUFFER BECAUSE OF MY HIP IMPLANT AND MY PHYSICAL/HANDICAPS ARE MORE THEN I CAN BARE. I AM BEING GIVEN A PAIN MEDICATION CALLED ULTRAM/TRIMADOL WHICH DOES VERY LITTLE TO EASE MY PAIN. ON JANUARY 16, 2018 I TRIED TO EXPALIN TO MS. BOTTOFF THAT MY BODY CAN'T BARE PAIN ANY LONGER DUE TO ALL MY HEALTH PROBLEM. IS THERE ANY OTHER OPTIONS AND SHE TOLD ME "IM NOT" CHANGING ANTHING, AND LEFT IT AS THAT. I HAD TO WRITE A COMPLAINT AND IT IS MY PRAYER TO YOU WI;; GIVE MY SITUATION THE UTMOST OF ATTENTION AND CONSIDERATION.

Communications
*1/29/2018 9:49:31 AM : (Robin Murphy) Wrote*
Mr. Colson, when we spoke I explained that the medical staff at LOCI have explored every avenue at our disposal to take care of your extensive medical issues. You were sent to Orthopedics, then sent to Surgery. It was the Surgery Department of OSU that said that you were a poor surgical candidate due to your short neck and airway. You have had numerous CT Scans, MRI's and x-rays. We have sent you to physical therapy. The PT Department at FMC has discharged you because they feel they have done all they can, and are afraid they may injure you further. You are currently getting 100mg of Ultram a day for pain. You have asked to be sent for spinal injections, but as I explained, this is something that has not been approved within the ODRC system 68-MED-14.

*2/5/2018 8:13:19 AM : (a723076) Wrote*
I am writing this grievence in hope that i may get some help from you or somone in yor office with respect. i am constantly suffering dily concerning my medical problems and conditions on 1-25-18 I Antonio D. Colson 723-076 Filed a Informal Complaint (ref #loci0118000386) (Description Health Care) with great expectations of recieving some medical relief, however to no avail, it felled on death ears or was of no real concern to the medical staff because they didnt consider it life threathen. I am suffering from a bad hip implant which has a recall and its causing tremendous pain thoughout my body. on 1-29-18 it was explain by Ms.Murphy the Health care Administrator Loci have explored every avenue at their disposal to take care of your extensive medical issues and FMC has dicharged me and the orthopedies are afraid they may injure me any further. Strykel recall hip causes other damanges towards me and all my joints throughout my body which hurt constantly from just walking also its very troubling to bend down or get myself i order to start my day. Not only is my condition taxing to my body but its very stressful to me mentally and causing my right lleg to deteriorate from the metal rod thats impanted in my right hip. the medication ultram 100 mg just alone 3x a day its not helping to bare the pain im enduring its very diffcult for me to use the toilet. I have only the use of my left hand and nothing to grab to help me pull myself up off the toilet. i suffer a painful and embarrassing moment practically everytme

*2/26/2018 12:35:14 PM : (DeCarlo Blackwell) Wrote*
Inmate Colson I am in receipt of your NOG regarding the ODR&C and Ohio State University Medical Center refusing to remove a replacement hip due to the medical risk associated with your short neck and airway. You also state that you are in a tremendous amount of pain and you need additional medication to relieve your pain. You state you also have a hard time using the restroom due to being handicapped.
Inmate Colson I read your ICR and met with you on 2/26/18. We took a tour of A3 due to the dorm having handicap accommodations.
Inmate Colson this writer informed you that you needed to request ADA accommodations. We also toured A3 and saw that the dorm would meet your medical needs. You are going to contact Mr. Condrac, UMC regarding ADA accommodations.
You are receiving Ultram 100mg three times per day. You are also requesting spinal injections but were informed per policy 68-MED-14 they are not a part of ODR&C formulary. Your NOG is denied. Your were properly informed by this writer to apply for ADA accommodations. No further actions will be taken.

Case Actions
*1/25/2018 8:56:36 AM : (a723076) Wrote*
Form has been submitted

*2/5/2018 8:13:19 AM : (a723076) Wrote*
Escalated to Grievance

| Ref# LOCI0118000386 | Housing:D3154L | Date Created:01/25/2018 |

*1/29/2018 9:49:31 AM : (Robin Murphy) Wrote*
Responded to inmate

*1/29/2018 9:50:05 AM : (Robin Murphy) Wrote*
Closed inmate form

*2/12/2018 9:35:37 AM : (DeCarlo Blackwell) Wrote*
Form was viewed by DeCarlo Blackwell and the status was changed to Pending.

*2/19/2018 8:15:45 AM : (System) Wrote*
Closed inmate form

*2/23/2018 11:53:02 AM : (DeCarlo Blackwell) Wrote*
Re-Opened inmate form

*2/23/2018 11:53:08 AM : (System) Wrote*
Closed inmate form

*2/23/2018 11:54:10 AM : (DeCarlo Blackwell) Wrote*
Re-Opened inmate form

*2/23/2018 11:54:27 AM : (DeCarlo Blackwell) Wrote*
Extended form expiration date: 2/27/2018

*2/26/2018 12:35:14 PM : (DeCarlo Blackwell) Wrote*
Responded to inmate

*2/26/2018 12:35:24 PM : (DeCarlo Blackwell) Wrote*
Closed inmate form - Disposition: Denied

| Ref# LECI0620002402 | Housing:4G47L2 | Date Created:06/16/2020 |
|---|---|---|
| ID#: A723076 | Name:COLSON,ANTONIO | |
| Form:Appeal | Subject:Health Care | Description:Improper/inadequate medical care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/16/2020 6:12:00 PM : ( a723076 ) wrote
due to extreme pain and bad health condictions beyond mt control my daily functions has been hampered imade these issues known to the medicial staff and there bad judgement to disregard my issues is cruel my hip implant has me in bad pain ,right arm cerbral palsy ,extreme deformdities,level 10 pain of hip,hammer toe issues the staff refused to cut i can bend over ,slipping feeling ofhip joint ,noise from hip during walking,lack of sleep due to pain ,weight loss ,pain causing me high bp,it is considered cruel and unusal punishment and is tortue to disregard my issues of pain medicial treatment is my constutuional right protected by the 8th admendment of the u.s.constitution please adressthese issues mrs.allery mr.keesler i cant even walk because my hammer toe issues from long toe nails also bending over because of my short neck i have issues breaveing thats beyond your control but he nail issues and the pain siduation should be addressed properly

Communications / Case Actions
6/16/2020 6:12:00 PM : ( a723076 ) wrote
Form has been submitted

6/23/2020 9:34:00 AM : ( Devin Hoover ) wrote
There will be an extension place on this to complete a proper investigation.

6/23/2020 3:11:27 PM : ( Heather Anderson ) wrote
Mr. Colson,
You have been seen by Ms. Taylor twice this month and she has trimmed your toenails and addressed your pain with duloxetine and mobic. Narcotic pain medications are not used here or on the streets for long term use, they are for short term acute issues. Your weight is the same as it was in October 2019.
Ms. Anderson

6/23/2020 3:11:43 PM : ( Heather Anderson ) wrote
Closed inmate form

6/24/2020 5:33:00 PM : ( a723076 ) wrote
Escalated to Grievance

6/24/2020 5:33:00 PM : ( a723076 ) wrote
the issue at hand is the pain out side of the narcotic medication i need some form of paian meds to fuction the pain is very very unbareble and somethings needs to be done

7/7/2020 12:39:07 PM : ( Devin Hoover ) wrote
I have reviewed your grievance LeCI 0620002402 concerning your medical concerns and improper medical care. Remedy Requested: You want pain medication.
In your grievance, you state the following verbatim: "due to extreme pain and bad health condictions beyond mt control my daily functions has been hampered imade these issues known to the medicial staff and there bad judgement to disregard my issues is cruel my hip implant has me in bad pain ,right arm cerbral palsy ,extreme deformdities,level 10 pain of hip,hammer toe issues the staff refused to cut i can bend over ,slipping feeling ofhip joint ,noise from hip during walking,lack of sleep due to pain ,weight loss ,pain causing me high bp,it is considered cruel and unusal punishment and is tortue to disregard my issues of pain medicial treatment is my constutuional right protected by the 8th admendment of the u.s.constitution please adressthese issues mrs.allery mr.keesler i cant even walk because my hammer toe issues from long toe nails also bending over because of my short neck i have issues breaveing thats beyond your control but he nail issues and the pain siduation should be addressed properly"
During the investigation of your complaint I reviewed your medical chart, I reviewed your ICR sent to the Infirmary, and policy MED-68-01, and AR 5120-9-31. This Inspector also spoke to Ms. D. Ullery HCA, and Heather Anderson who did provide the ICR response. You were also advised on this information and the medical process of pain management. According to your medical file, which was reviewed with the assistance of Ms. Barr (Assistant HCR) you were last seen on June 9th for this pain. You were given a one time pain medication and educated on pain management and advised to take Ibuprofen as needed. Medical has continued to schedule your chronic care appointments and your next appointment is in September. LeCI Medical Staff has advised you that you have been seen by Ms. Taylor twice in June and narcotic pain medication is not used here at LeCI nor on the street for long term use, it is strictly for short term acute issues.
LeCI is not out of compliance as you have attempted to claim. Should you have further issues, then please speak to Medical staff Ms. Anderson, Ms. Taylor or file an HSR form and < to be seen for further issues.
Based on the above, your grievance is denied as there is no p     iolation. This office will take no further action regarding this matter.

| Ref# LECI0620002402 | Housing:4G47L2 | Date Created:06/16/2020 |

*7/7/2020 12:39:14 PM : ( Devin Hoover ) wrote*
Closed inmate form - Disposition: Denied

*7/8/2020 2:37:10 PM : ( a723076 ) wrote*
Escalated to Appeal

*7/8/2020 2:37:10 PM : ( a723076 ) wrote*
to whom this may concern the recalled hip implant metal rod is causing me pain and my knee to deteriorate i have no problem with regular pain medcaitions your refusing to render proper pain medicaition relief my siduation is special but O.D.R.C. can give me proper medication to relieve my pain i understand there is non-narcotic availble thats fine i just want the pain to stop your the medicial team im just the inmate suffering from lack of medical treatment whats the good of seeing mrs.taylor if she cant help me and saying O.D.R.C is responceable for me and subjecting me to cruel unusal punishment by lack of medical care my issues are vaild and need to reviewed not postponed if there nothing you can do send me to someone thats expericenced because im in pain rightnow ...

*7/9/2020 12:47:01 PM : ( karen stanforth ) wrote*
Affirmed.
A review of your medical record and pain management indicates you have been educated on the current course of action for your condition and what is available OTC in the commissary for pain control and the ODRC Forumulary practices for prescription pain meds. Please continue to maintain close contact with your medical providers so they can monitor for any changes in your current health status with your hip issue. The medical staff have followed the appropriate guidelines set forth in 68-MED-01 and 68-MED-11. I am unable to determine any acts of deliberate indifference or negligence concerning your medical management. There will be no further action concerning this appeal at this time.
Karen Stanforth, Assistant Chief Inspector, Medical

*7/9/2020 12:47:44 PM : ( karen stanforth ) wrote*
Closed inmate form - Disposition: Affirmed with comments

<u>Admin Log</u>
*6/17/2020 6:32:43 AM : ( Devin Hoover ) wrote*
Form was viewed by Devin Hoover and the status was changed to Pending.

*6/23/2020 9:34:00 AM : ( Devin Hoover ) wrote*
Responded to inmate

*6/23/2020 9:34:09 AM : ( Devin Hoover ) wrote*
Extended form expiration date: 6/27/2020

*6/23/2020 3:11:27 PM : ( Heather Anderson ) wrote*
Responded to inmate

*6/25/2020 4:10:38 PM : ( Devin Hoover ) wrote*
Form was viewed by Devin Hoover and the status was changed to Pending.

*7/7/2020 12:39:07 PM : ( Devin Hoover ) wrote*
Responded to inmate

*7/9/2020 12:43:03 PM : ( karen stanforth ) wrote*
Form was viewed by karen stanforth and the status was changed to Pending.

*7/9/2020 12:47:01 PM : ( karen stanforth ) wrote*
Responded to inmate